# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 1:18-cv-01723-JLT (PC) |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST TO PROCEED** *IN FORMA PAUPERIS* |
| v. | |
| B. VALDEZ, et al., | **(Doc. 1)** |
| Defendants. | **OBJECTIONS DUE IN 21 DAYS** |
| | **CLERK'S OFFICE TO ASSIGN A DISTRICT JUDGE** |

## I. INTRODUCTION

Plaintiff is a state prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application should be **DENIED** since Plaintiff has three strikes under § 1915 and his Complaint fails to show Plaintiff was in imminent danger of serious physical injury when it was filed.

## II. THREE-STRIKES PROVISION OF 28 U.S.C. § 1915

28 U.S.C. § 1915 governs proceedings *in forma pauperis*. "In no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical

1

injury." 28 U.S.C. § 1915(g).

## III. DISCUSSION

The Court may take judicial notice of court records. *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004). The Court takes judicial notice of Plaintiff's prior actions which he filed in this court: *Trujillo v. Sherman*, 1:14-cv-01401-BAM (PC), was dismissed for failure to state a claim on April 24, 2015 and was affirmed by the Ninth Circuit in their case number 15-15952, on February 23, 2016; *Trujillo v. Ruiz, et al.*, 1:14-cv-0975-SAB, was dismissed for failure to state a claim on January 6, 2016, which was affirmed by the Ninth Circuit in their case number 16-15101, on May 9, 2017; and *Trujillo v. Gonzalez-Moran et al.*, 1:16-cv-01938-BAM (PC), was dismissed on denial of *in forma pauperis* without prejudice to refiling with prepayment of the filing fees which Plaintiff appealed. The Ninth Circuit, in their case number 17-15200, dismissed Plaintiff's appeal as frivolous on July 28, 2017. Plaintiff thus had three strikes prior to filing this action on December 21, 2018. Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding *in forma pauperis* in this action unless he shows that at the time he filed this action, he was under imminent danger of serious physical injury.

The Court has reviewed Plaintiff's Complaint and finds that he does not meet the imminent danger exception. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). When Plaintiff filed this action, he was housed at Pelican Bay State Prison in Crescent City, but the Complaint contains allegations regarding incidents that allegedly occurred at Kern Valley State Prison. The change in his housing demonstrates he was not in imminent danger of serious physical injury at the time he filed suit. *Andrews*, at 1056-57. Thus, Plaintiff is precluded from proceeding *in forma pauperis* and this case should be dismissed without prejudice to refiling upon prepayment of the filing fee. Leave to amend would be futile and need not be given as this issue is not capable of cure. *Akhtar v. Mesa*, 698 F.3d 1202, 1212-13 (9th Cir. 2012).

## IV. CONCLUSION and RECOMMENDATION

Based on the foregoing, the Court RECOMMENDS that Plaintiff's application to proceed *in forma pauperis* be denied and this action be dismissed without prejudice to refiling upon prepayment of the filing fee. The Clerk's Office is directed to randomly assign a district judge to

this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within 21 days** of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff's failure to file objections within the specified time may result in the waiver of his rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **January 4, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE