# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUILLERMO TRUJILLO CRUZ,**<br><br>**Plaintiff**<br><br>v.<br><br>**B. VALDEZ, et al.,**<br><br>**Defendants** | CASE NO. 1:18-CV-01723-AWI JLT<br><br>**ORDER ON PLAINTIFF'S MOTION TO COMPEL**<br><br>(Doc. No. 13) |

This is a prisoner civil rights case brought by pro se incarcerated Plaintiff Guillermo Trujillo Cruz.

On February 26, 2019, the Court adopted a Findings and Recommendation. See Doc. No. 11. As part of the order adopting, the Court denied Plaintiff's motion to proceed in forma pauperis and dismissed the case without prejudice to refiling with payment of the filing fee. See id.

On March 8, 2019, Plaintiff filed a "Motion To Compel Complaint." See Doc. No. 13. As far as the Court can tell, this one page motion appears to request that the Court permit the case to proceed on the filed complaint. See id. However, as stated above, the Court dismissed the Complaint and closed the case. Because the case has closed, Plaintiff's Complaint is not operative. Therefore, Plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Doc. No. 13) is DENIED;
2. This case remains CLOSED.

IT IS SO ORDERED.

Dated: __April 12, 2019__            _____
                                      SENIOR DISTRICT JUDGE