UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>B. VALDEZ, et al.,<br><br>    Defendants. | Cas No.: 1:18-cv-01723 AWI JLT (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND MOTION FOR ORDER "COMPELLING DISCOVERY OF COMPLAINT"<br><br>(Docs. 15, 16) |

On April 25, 2019, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). Moreover, the Court has dismissed this action and Plaintiff filed a notice of appeal contemporaneously with these motions. (*See* Docs. 17, 18.) Thus, any requests for appointment of counsel on appeal should be directed to the appellate court.

On April 25, 2019, Plaintiff also filed a motion "for an order compelling discovery of complaint and summons," requesting a copy of the complaint to prepare his opening brief on appeal. (Doc. 16.) Plaintiff is reminded that he is obligated to maintain copies of court filings and, in general, the Court will not provide copies. However, in this instance, the Court will provide a copy of the complaint.

1

1    Thus, the Court **ORDERS**:

2    1.   Plaintiff's motion for the appointment of counsel, (Doc. 15), is DENIED;

3    2.   His motion for a copy of the Complaint, (Doc. 16), is GRANTED.  The Clerk of
4    the Court is directed to send Plaintiff a copy of the Complaint (Doc. 1) along with this order.

IT IS SO ORDERED.

   Dated:   **April 30, 2019**                       **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE